OFFICE OF DISCIPLINARY COUNSEL *v.* LYNCH.

[Cite as *Disciplinary Counsel v. Lynch* (1994), 71 Ohio St.3d 287.]

(No. 94–968—Submitted November 2, 1994—Decided December 23, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Alvin E. Mathews,* Assistant Disciplinary Counsel, for relator.

*Robert T. Lynch, pro se*

---

*Per Curiam.* After reviewing the record in this case, we agree with the board's findings of fact, conclusions of law, and recommendation. Accordingly,

we suspend respondent from the practice of law for six months and tax costs to him.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.